UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JOHNNY D. ORUM,

                 Plaintiff,             Case No. 1:22-cv-573

v.

                                          Honorable Phillip J. Green

UNKNOWN DWALD, et al.,

                 Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE**

for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C.

§ 1997e(c).


Dated:   September 22, 2022          /s/ Phillip J. Green
                                          PHILLIP J. GREEN
                                          United States Magistrate Judge